NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES L. ZOTTARELLA,**
*Claimant-Appellant*

**v.**

**ROBERT WILKIE, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2018-1283

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 16-469, Senior Judge Kenneth B. Kramer.

---

**JUDGMENT**

---

KENNETH DOJAQUEZ, BNTD Law, Columbia, SC, argued for claimant-appellant.

AGATHA KOPROWSKI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by TARA K. HOGAN, ROBERT EDWARD KIRSCHMAN, JR., CHAD A. READLER; MEGHAN ALPHONSO,

B<span>RIAN</span> D. G<span>RIFFIN</span>, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

_____

T<span>HIS</span> C<span>AUSE</span> having been heard and considered, it is

O<span>RDERED</span> and A<span>DJUDGED</span>:

P<span>ER</span> C<span>URIAM</span> (N<span>EWMAN</span>, L<span>OURIE</span>, and S<span>TOLL</span>, *Circuit Judges*).

## AFFIRMED. See Fed. Cir. R. 36.

E<span>NTERED BY</span> O<span>RDER OF THE</span> C<span>OURT</span>

<table>
<tr><td>October 16, 2018</td><td>/s/ Peter R. Marksteiner</td></tr>
<tr><td>Date</td><td>Peter R. Marksteiner<br>Clerk of Court</td></tr>
</table>